# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:06-cr-00016-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> STERLING D. SHEPPARD, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Destroy Evidence [Doc. 41].

The Government seeks permission to destroy the evidence in the above-referenced case, specifically, the drug paraphernalia and/or drugs involved in violation number 3 and currently in the custody of the Office of Probation. For the reasons stated therein, and for cause shown, the Government's Motion is granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Destroy Evidence [Doc. 41] is **GRANTED**.

**IT IS SO ORDERED.**  Signed: October 4, 2013

Martin Reidinger
United States District Judge